[No. 60155-5-I.   Division One.   October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TRONIE JAMES YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02121-7, Richard J. Thorpe, J., entered June 8, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60341-8-I.   Division One.   October 27, 2008.]

*In the Matter of the Marriage of* CYNTHIA L. WATERS, *Respondent*, and ROBERT PAT WATERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-04550-0, Michael Hayden, J., entered June 26, 2007. *Reversed* and *remanded* by unpublished opinion per Dwyer, A.C.J., concurred in by Cox and Lau, JJ.

[No. 60612-3-I.   Division One.   October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE MICHAEL LOCKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05894-0, J. Wesley Saint Clair, J., entered August 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60641-7-I.   Division One.   October 27, 2008.]

*In the Matter of the Marriage of* CYNTHIA L. WATERS, *Respondent*, and ROBERT PAT WATERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-04550-0, Elizabeth Castilleja, J. Pro Tem., entered August 16, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Cox and Lau, JJ.